Certificate Number: 17082-MSN-DE-041090628

Bankruptcy Case Number: 26-11385



17082-MSN-DE-041090628

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2026, at 9:07 o'clock AM MST, JOSHUA W JOHNSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:    June 13, 2026                        By:       /s/Orsolya K Lazar

Name:    Orsolya K Lazar

Title:    Executive Director