ATTACHMENT IV

## PROCEEDING MEMO AND MINUTES OF
## THE CHAPTER 7 §341 MEETING
### DATE  <u>07/20/26</u>

IN RE:   **Jessica Ann Johnson**                                     **CASE NO. 26-11385**
         **Joshua Wayne Johnson**

<u>**APPEARANCES**</u>:

(   ) DEBTOR 1                                    (   ) DEBTOR 2 (Wife in Joint Cases)

   (   ) Required picture I.D. produced              (   ) Required picture I.D. produced

   (   ) Required SSN verification produced          (   ) Required SSN verification produced

   (   ) Pay advices received                        (   ) Pay advices received

Credit counseling certificate (   ) filed (   ) not filed

Tax returns received for _____(years) on _____

Financial Documents were  (   ) retained by trustee  (   ) returned to debtor(s)

(   ) DEBTOR'S REPRESENTATIVE_____

(   ) ATTORNEY FOR DEBTOR(S)  Thomas C. Rollins, Jr._____

(   ) DEBTOR(S) APPEARED PRO SE

   YES (   ) NO (   ) If Pro Se, did anyone assist with preparation?

   YES (   ) NO (   ) If Yes, obtain completed pro se form.


THE MEETING OF CREDITORS WAS:

   (   )   HELD
       or
   (   )   NOT HELD
       or
   ( **X** )   NOT CONCLUDED AND IS CONTINUED TO THE **20th** DAY OF **JULY**, 2026 AT **11:30**
       O'CLOCK **A.M.**


YES (   ) NO (   ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.

CREDITOR(s)_____

_____

DEBTOR(s) REQUIRED TO:

(   ) AMEND Schedules and Statements within _____Days of 341(a) Meeting.

(   ) OTHER:_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:

_____

ADDITIONAL NOTES:341 Meeting continued to allow continued to allow Trustee to review documents that were uploaded the same day as 341 meeting held

_____


DATED: June 23, 2026                    TRUSTEE Miranda Linton Williford

Track #_____      or    Tape #_____ Side_____ Counter Start #_____

{341MSXPM.DOC}

{341MSXPM.DOC}