**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jessica Ann Johnson<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0627 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Joshua Wayne Johnson<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0338 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Mississippi | | |
| Case number: | 26–11385–SDM | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jessica Ann Johnson

Joshua Wayne Johnson

8/24/26

**By the court:** Selene D. Maddox
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-11385-SDM
Jessica Ann Johnson Chapter 7
Joshua Wayne Johnson
Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3
Date Rcvd: Aug 24, 2026 Form ID: 318 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jessica Ann Johnson, Joshua Wayne Johnson, 10961 Hwy 51, Vaiden, MS 39176-5302 |
| 4669179 | + | Physicians and Surgeon, 900 Earl Fry Blvd, Amory, MS 38821-5507 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4669161 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Aug 25 2026 00:58:00 | Bluegreen Vacations, Attn: Bankruptcy, 4960 Conference Way N, Ste 100, Boca Raton, FL 33431 |
| 4669160 | + | EDI: TSYS2 | Aug 25 2026 04:56:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 4669164 | + | EDI: CRFRSTNA.COM | Aug 25 2026 04:55:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4669163 | | Email/Text: correspondence@credit-control.com | Aug 25 2026 00:58:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 4669162 | + | EDI: CAPITALONE.COM | Aug 25 2026 04:55:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4669165 | + | EDI: WFNNB.COM | Aug 25 2026 04:56:00 | Comenity Capital, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 4669166 | ^ | MEBN | Aug 25 2026 00:57:23 | Cornerstone, Attn: Bankruptcy Dept, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 4669167 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 25 2026 00:58:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 4669168 | | EDI: DISCOVER | Aug 25 2026 04:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 4669169 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 25 2026 00:58:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 4669170 | | EDI: IRS.COM | Aug 25 2026 04:56:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4669173 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 01:09:16 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 4669172 | + | Email/Text: EBNBKNOT@ford.com | Aug 25 2026 00:58:00 | Lincoln Automotive Fin, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 4669176 | | EDI: MSDOR | Aug 25 2026 04:56:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4669174 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 25 2026 01:09:11 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4669175 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2026 00:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 4669177 | + | EDI: MAXMSAIDV | Aug 25 2026 04:55:00 | Nelnet, Po Box 300001, Greenville, TX 75403-3001 |
| 4669177 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 25 2026 01:09:16 | Nelnet, Po Box 300001, Greenville, TX 75403-3001 |
| 4669180 | + | EDI: SYNC | Aug 25 2026 04:55:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4669181 | | EDI: PHINGENESIS | Aug 25 2026 04:56:00 | Tbom Cci Mc, 14600 Northwest, Beaverton, OR 97006 |
| 4669182 | ^ | MEBN | Aug 25 2026 00:56:47 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4669183 | + | EDI: WFFC2 | Aug 25 2026 04:55:00 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |
| 4669184 | + | Email/Text: legal@wesleyfinancialgroup.com | Aug 25 2026 00:58:00 | Wesley Financial Group, 9009 Carothers Pkwy, Ste B3, Franklin, TN 37067-1703 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4669178 | | NMHS Hospital, 207 E Franklin St |
| 4669171 | *+ | Internal Revenue Servi, c/o US Attorney, Ethridge Building, 900 Jefferson Ave, Oxford, MS 38655-3608 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Miranda L Williford | tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;mllinton@yahoo.com;mrstonyasikora@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Joshua Wayne Johnson trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |

| | |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Jessica Ann Johnson trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4